CM/ECF volpmd
(Rev. 01/03/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Cheryl Monette Gates            )          Case No.: 26−11744−SDM
      Debtor(s)                           )          Chapter: 13
                              )          Judge: Selene D. Maddox
                              )
                              )

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

        Aty Disclosure Stmt. due 06/01/2026
        Chapter 13 Plan due 06/01/2026
        Summary of Schedules due 06/01/2026
        Schedule A/B due 06/01/2026
        Schedule C due 06/01/2026
        Statement of Financial Affairs due 06/01/2026
        Schedule D due 06/01/2026
        Ch 13 − Proper 122C form(s) due 06/01/2026
        Schedule E/F due 06/01/2026
        Schedule G due 06/01/2026
        Schedule H due 06/01/2026
        Schedule I due 06/01/2026
        Sch J (and J−2 If Applicable) due 06/01/2026

If the required paperwork and/or fees are not timely filed and/or paid by 6/1/26 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 5/18/26

                                Selene D. Maddox
                                Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 26-11744-SDM

Cheryl Monette Gates                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: ntcdef | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cheryl Monette Gates, 20017 Jeff Sykes Dr, Aberdeen, MS 39730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Cheryl Monette Gates trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3