**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Cheryl Monette Gates, Debtor**                **Case No. 26-11744-SDM**
                                                                    **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
US Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: August 7, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                                          The Rollins Law Firm, PLLC
                                                          P.O. Box 13767
                                                          Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Cheryl Monette Gates, Debtor**                **Case No. 26-11744-SDM**
                                                                    **CHAPTER 13**

### MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 05/18/2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's 2020 Volkswagen Jetta ("Vehicle") was damaged in an auto accident on April 25, 2026. The vehicle is currently located at TVG Body Shop, 601 E. Commerce Street, Aberdeen, MS 39730.

3. Debtor wishes to surrender the Vehicle to the Creditor, VW Credit, Inc. ("Creditor").

4. Creditor should be allowed to file a deficiency claim upon the sale of the vehicle.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on August 7, 2026, to:

By USPS First Class Mail, Postage Prepaid:

VW Credit, Inc.
P.O. Box 9013
Addison, Texas 75001

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.