SO ORDERED,



*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
CHERYL GATES

**CHAPTER 13 NO:**
26-11744-SDM

### AGREED ORDER

THIS CAUSE came on for consideration on the Oral Motion of the Trustee to add the postpetition fees, expense and charges in connection with FirstBank's Notice of Postpetition Mortgage Fees, Expenses and Charges [DK#17].

THAT, the Debtor has no objection to the Notice, and no other party would be prejudiced to adding these fees.

THAT, FirstBank's Open/Review Bankruptcy Case on July 8, 2026, in the amount of $250.00 is hereby approved.

THAT, the Trustee would show that the plan should be modified wherein the aforesaid fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.

###END OF ORDER###

APPROVED:

/s/Jeffrey K. Tyree_____
JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission
Attorney for the Debtor
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                      Case No. 26-11744-SDM

Cheryl Monette Gates                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                        User: autodocke                        Page 1 of 1

Date Rcvd: Aug 05, 2026                     Form ID: pdf0003                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cheryl Monette Gates, 20017 Jeff Sykes Dr, Aberdeen, MS 39730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Cheryl Monette Gates trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3