**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CHAPTER 13 CASE NO.:
CHERYL MONETTE GATES
26-11744-SDM

ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to PEARL RIVER VALLEY OPPORTUNITY INC. should be released.

IT IS, THEREFORE, ORDERED, that the Debtor's employer, PEARL RIVER VALLEY OPPORTUNITY INC., P O BOX 188, , , COLUMBIA, MS 39429, is hereby directed to cease deductions from the Debtor's wages and remit any funds presently held to the Chapter 13 Trustee at Todd S. Johns , Chapter 13 Trustee, P. O. Box 1985 , Memphis , TN, 381011985.

##END OF ORDER##

PEARL RIVER VALLEY OPPORTUNITY INC.
P O BOX 188
COLUMBIA, MS 39429

SUBMITTED BY:
/s/Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7663; trustee.johns@ch13mstrustee.com