**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
CHERYL MONETTE GATES

**CHAPTER 13 NO:**
26-11744-SDM

# AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 24) pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through October, 2026, in the approximate amount of $2,847.15 (less any subsequent deposits which may be made to the case in the interim), **including post-petition mortgage arrears, if any (see detail below),** shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

The Debtor's post–petition mortgage payment arrears through October, 2026, due to Firstbank in the approximate amount of $1,536.79 (less any subsequent disbursements which may be made from this case in the interim) shall be paid on altered basis over the remaining plan period, with regular mortgage payments to commence with November, 2026.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, this Order shall not become final for a period of twenty (20) days, giving all affected creditors opportunity to object to the entry of same.

THAT, the Trustee shall mail a copy of this Order to all affected creditors listed herein, and shall file a certificate of service of same with the Court.

###END OF ORDER###

APPROVED:

________________________________
JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

Thomas C. Rollins, Jr., by permission 10/19/26

________________________________
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533; MSB#103469

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11744-SDM
Cheryl Monette Gates Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf0005 Total Noticed: 11

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Cheryl Monette Gates, 20017 Jeff Sykes Dr, Aberdeen, MS 39730-1802 |
| 4679591 | + | Kelvin Payne, 705 Pullen Lake Road, Aberdeen, MS 39730-2123 |
| 4679593 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 4697048 | + | Email/Text: g17768@att.com | Oct 31 2026 10:36:00 | AT&T Services, Inc., by AIS InfoSource LP as agent, Karen Cavagnaro. Esq., 1 AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 4684963 | + | Email/Text: mhbkr@firstbankonline.com | Oct 31 2026 10:36:00 | FirstBank, 520 W Summit Hill Drive Suite 801, Knoxville, TN 37902-2006 |
| 4679590 | + | Email/Text: tbrasher@firstbankonline.com | Oct 31 2026 10:36:00 | Firstbank, Attn: Bankruptcy, 211 Commerce St, Nashville, TN 37201-1806 |
| 4679592 | | Email/Text: EBN@Mohela.com | Oct 31 2026 10:36:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4683862 | + | Email/Text: FSBank@franklinservice.com | Oct 31 2026 10:36:00 | MedPlus Tupelo, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 4679594 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 31 2026 10:36:00 | Sunrise Credit, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 4702932 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Oct 31 2026 10:36:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 4679595 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 31 2026 10:36:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Cheryl Monette Gates trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3